846 A.2d 1254

IN THE MATTER OF JOHN N. ARMELLINO, AN ATTORNEY AT LAW (ATTORNEY NO. 023001979).

May 11, 2004.

## ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–23 on the petition of the New Jersey Lawyers' Fund

for Client Protection for the release of funds in the amount of $1,273.19 from the Superior Court Trust Fund in reimbursement of claims paid by petitioner pursuant to *Rule* 1:28–3 against **JOHN N. ARMELLINO** of **WEST NEW YORK**, said funds having been transferred from the attorney accounts of **JOHN N. ARMELLINO** by Order of the Court dated May 27, 1997, and good cause appearing;

It is ORDERED that the petition is granted and funds in the amount of $1,273.19 together with accrued interest shall be paid and transferred from the Superior Court Trust Fund to the Lawyers' Fund; and it is further

ORDERED that any person who has a claim to said funds shall notify the Lawyers' Fund in writing at the Richard J. Hughes Justice Complex, PO Box 961, Trenton, NJ 08625–0961, within thirty days of the publication of this Order in the *New Jersey Lawyer* and the *New Jersey Law Journal;* and it is further

ORDERED that, if no claims are received by the Lawyers' Fund within the said thirty days, then funds in the amount of $1,273.19 together with accrued interest shall be paid and transferred from the Superior Court Trust Fund to the Lawyers' Fund.